**Evelyn GUNN, Petitioner–Appellant,**

v.

**State of SOUTH CAROLINA; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–7441.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Evelyn Gunn, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Evelyn Gunn seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appeala-

bility and dismiss the appeal on the reasoning of the district court. *See Gunn v. South Carolina,* No. CA–00–2543–2–13AK (D.S.C. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*